UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PENSION BENEFIT GUARANTY CORP.,**<br><br>Petitioner,<br><br>vs.<br><br>**PANACHE DESTINATION MANAGEMENT,**<br><br>Respondent. | CASE NO. 20-mc-80147-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA**<br><br>Re: Dkt. Nos. 1, 10 |

The Court has reviewed Magistrate Judge Hixson's Report and Recommendation recommending that the Court grant the Petition to Enforce the Administrative Subpoena and order the respondent to comply therewith. (Dkt. No. 10.) No objections to the Report have been filed, and the deadline for filing objections has since passed. The Court finds the Report correct, well-reasoned, and thorough, and **ADOPTS** it in every respect.

Accordingly, and for the reasons set forth in the Report, the Petition is **GRANTED**. **IT IS HEREBY ORDERED** that within **five (5) days** of the date of this Order, the petitioner shall serve a copy of this Order on the respondent and file a proof of service no later than **ten (10) days** after the date of this Order. **IT IS FURTHER ORDERED** that, no later than **thirty (30) days** after service of this Order, the respondent shall comply in full with the Administrative Subpoena issued by Pension Benefit Guaranty Corporation on June 2, 2021. The failure of respondent to obey this Order may be punished as contempt of the Court as provided in 29 U.S.C. § 1303(c).

In light of the foregoing, **IT IS HEREBY ORDERED** that this case is **DISMISSED**. The Court shall retain jurisdiction over this matter for the enforcement of the Administrative Subpoena. **IT IS FURTHER ORDERED** that if any party certifies to the Court, with proper notice to the opposing party within sixty (60) days from the date below, that this case should be reopened, the order of dismissal shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: October 29, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**